Order entered November 1, 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-01457-CV

## EL PAISANO NORTHWEST HIGHWAY, INC., Appellant

## V.

## IRMA ARZATRE, Appellee

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC12-02855**

## ORDER

The Court has before it appellant's October 29, 2012 motion to extend time to file notice of appeal. The Court **GRANTS** the motion and **ORDERS** that the notice of appeal filed on October 26, 2012 be timely filed as of that date.

MOLLY FRANCIS
JUSTICE